# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Southern Federal Pilot, Inc. ) | ASBCA Nos. 60438, 60439 |
| ) | |
| Under Contract No. N68836-12-D-0020 ) | |

APPEARANCE FOR THE APPELLANT:   Edward J. Kinberg, Esq.
     Widerman Malek, PL
     Melbourne, FL

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
     Navy Chief Trial Attorney
     Stephen L. Bacon, Esq.
     Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 19 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60438, 60439, Appeals of Southern Federal Pilot, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals